AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture (Page 2)

| Return | | |
|---|---|---|
| Case No.: H19-1463M | Date and time warrant executed: 8/6/19 | Copy of warrant and inventory left with: E. Turner |
| Inventory made in the presence of: ATSAIC Rainer Bauer | | |
| Inventory of the property taken: | | |

1 SUNTRUST CHECK # 323 199 7488 in the amount of $1,481,078.49

United States Courts
Southern District of Texas
FILED

AUG 15 2019

David J. Bradley, Clerk of Court

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/15/19

_____
Executing officer's signature

Kevin Cooke, SSA
Printed name and title

AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

In the Matter of the Seizure of )
*(Briefly describe the property to be seized)* )
Funds on deposit up to $1,703,806 in SunTrust bank ) Case No. **H19-1463M**
account ending in 7706 )
)
)

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the **Southern** District of **Texas** be seized as being subject to forfeiture to the United States of America. The property is described as follows:

Funds on deposit up to $1,703,806 in SunTrust Bank account number 007327706.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before  **Aug 20, 19**
*(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to
_____**any U.S. Magistrate Judge**_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days (not to exceed 30)    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: **8-6-19 - @ 3:10 pm**

*Judge's signature*

Nancy Johnson
Christina A. Bryan, U.S. Magistrate Judge
*Printed name and title*

City and state: **Houston, Texas**

TRUE COPY I CERTIFY
ATTEST:
DAVID J. BRADLEY, Clerk of Court
By: *Paula Anderson*
Deputy Clerk